AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

***** DISTRICT OF   NEVADA

MICHAEL D. SMITH,

      Petitioner,        JUDGMENT IN A CIVIL CASE
V.

                             CASE NUMBER:  **3:12-cv-000132-LRH-WGC**

WARDEN BURNS, et al.,

      Respondents.

☐     **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐     **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X**     **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this action is DISMISSED without prejudice. FURTHER ORDERED that a certificate of appealability is DENIED.

March 13, 2012                                        **LANCE S. WILSON**
                                                                            Clerk

                                                                            /s/  M. Campbell
                                                                            Deputy Clerk